GEORGIA RAILROAD COMPANY *v.* IVEY.

SIMMONS, C. J. The evidence did not show any negligence on the part of the agents or employees of the defendant company, and the injury was the result of accident or a want of care on the part of the deceased. A verdict in favor of the plaintiff was, therefore, without evidence to support it, and should have been set aside.

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 22, 1902.

Action for damages. Before Judge Brinson. Warren superior court. August 31, 1901.

*Joseph B. & Bryan Cumming*, for plaintiff in error.
*E. P. Davis*, contra.